UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sarah Greifman, individually and on behalf of all others similarly situated,

                Plaintiff,

-against-

Alltran Financial, LP,

                Defendant.

Docket No: 7:19-cv-04689-KMK

# MEMO ENDORSED

**NOW COMES** the Plaintiff(s) Sarah Greifman, individually and on behalf of all others similarly situated, by and through counsel, to provide Notice to the Court that the present cause has been settled between the parties, and:

**WHEREFORE**, a settlement agreement ("Agreement") is in the process of being finalized, and upon payment of the settlement amount, the parties will submit a Stipulation of Voluntary Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

As such, the parties request:

1. The Court stay this case and adjourn all deadlines and conferences; and
2. The Court deny, without prejudice, any outstanding motions; and

DATED: January 23, 2020

**BARSHAY SANDERS, PLLC**

By: /s David M. Barshay
David M. Barshay, Esq.
BARSHAY SANDERS, PLLC
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel: (516) 203-7600
Fax: (516) 706-5055
*Attorneys for Plaintiff*

---

*Handwritten endorsement:* Granted. The Clerk of Court is respectfully requested to terminate the pending motion. (Dkt. No. 17.) All scheduled conferences are adjourned. The Parties are to file their Stipulation by February 14, 2020.

SO ORDERED
_____
KENNETH M. KARAS, U.S.D.J.
1/27/20