UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sarah Greifman, individually and on behalf of all others similarly situated,

                Plaintiff,

                -against-

Alltran Financial, LP,

                Defendant.

Case No: 7:19-cv-04689-KMK

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: March 10, 2020

| **BALLARD SPAHR LLP** | **BARSHAY SANDERS, PLLC** |
|---|---|
| By: __/s Carol A. DiPrinzio__<br>Carol A. DiPrinzio, Esq.<br>1675 Broadway, 19th Floor<br>New York, New York 10019<br>Tel: (646) 346-8018<br>*Attorneys for Defendant* | By: __/s Craig B. Sanders__<br>Craig B. Sanders<br>100 Garden City Plaza, Suite 500<br>Garden City, New York 11530<br>Tel. (516) 203-7600<br>Email: *ConsumerRights@BarshaySanders.com*<br>Our File No: 117609<br>*Attorneys for Plaintiff* |

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/12/20